# CHRISTOVICH & KEARNEY, LLP

Attorneys At Law
Suite 2300, Pan American Life Center
601 Poydras Street   New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700   Fax: (504) 561-5743
www.christovich.com

KEVIN R. TULLY
Partner
Admitted to Practice
Louisiana and Texas

504-593-4237 Direct Dial
404-231-3033 Cell
504-544-6237 Direct Fax
krtully@christovich.com

January 9, 2024

**Via E-Filing**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
600 Maestri Place, Suite 115
New Orleans, LA 70130

Re:   23-30692  McClenny Mosely v. Equal Access
USDC No. 3:23-MC-62

Dear Mr. Cayce:

In the underlying matter of this appeal, I represented Mr. Grant P. Gardiner. Mr. Gardiner did not file a notice of appeal from Judge Cain's August 24, 2023, Ruling [R. Doc. 38] nor did Mr. Gardiner file any appeal from any of the Judge's other orders or rulings in the underlying case. As such, Mr. Gardiner is not an appellant nor an appellee in the above-reference matter pending in the Fifth Circuit Court of Appeals and will not be filing a Brief with the Court.

Please let me know if you have any questions.

Very truly yours,

*Kevin R. Tully*

Kevin R. Tully

KRT/slf
Cc:   All Counsel/Parties of Record via-e-filing
   Grant P. Gardiner, Esquire—via email

4859-9864-1051, v. 1