

755 Magazine Street
New Orleans, LA  70130
T. 504-593-0689
F. 504-566-1201
mlessell@deutschkerrigan.com

Melissa M. Lessell

January 9, 2024

**VIA E-FILING**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
for the Fifth Circuit
600 Maestri Place, Suite 115
New Orleans, LA 70130

    Re:    23-30692 McClenny Mosely v. Equal Access
             USDC No. 3:23-MC-62

Dear Mr. Cayce:

In the underlying matter of this appeal, I represented Mr. Cameron S. Snowden.  Mr. Snowden did not file a notice of appeal from Judge Cain's August 24, 2023, Ruling [R. Doc. 38] nor did Mr. Snowden file any appeal from any of the Judge's other orders or rulings in the underlying case. As such, Mr. Snowden is not an appellant nor an appellee in the above-reference matter pending in the Fifth Circuit Court of Appeals and will not be filing a Brief with the Court.

Please let me know if you have any questions.

Respectfully,

**Melissa M. Lessell**

MML/mrc

cc:    All Counsel/Parties of Record via-e-filing
       Cameron S. Snowden, Esq.—via email