# THE GALANTE LITIGATION GROUP LLC

816 CADIZ STREET
NEW ORLEANS, LOUISIANA 70115
OFFICE: (504) 203-5010
FACSIMILE: (504) 203-5011

January 17, 2024

**VIA E-FILING**

Lyle W. Cayce, Clerk of Court
Fifth Circuit Court of Appeals
600 Maestri Place, Suite 115
New Orleans, Louisiana 70130

      Re:    *McClenny Moseley v. Equal Access*, **Fifth Circuit No. 23-30692**

Dear Mr. Cayce:

    The undersigned counsel represents Claude F. Reynaud, III, a lawyer who formerly practiced law at McClenny Moseley & Associates. Mr. Reynaud is the appellant in the unrelated matter bearing no. 23-30671 pending on this Court's docket, which appeal concerns his suspension from the practice law in the Western District of Louisiana. By contrast, Mr. Reynaud is not an appellee or an appellant in the above-referenced matter. Nor does he have a stake in its outcome.

    Accordingly, and respectfully, Mr. Reynaud will not be filing a brief in the above-referenced matter.

    Thank you.

    With kindest regards,

                                Sincerely,

                                William M. Ross

WMR/mz