# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2024

Mr. Thomas More Flanagan
Flanagan Partners, L.L.P.
201 Saint Charles Avenue
Suite 3300
New Orleans, LA 70170

    No. 23-30692   McClenny Moseley v. Equal Access
                         USDC No. 3:23-MC-62

Dear Mr. Flanagan,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                    By: _____
                                    Pamela F. Trice, Deputy Clerk
                                    504-310-7633

   Ms. Alixe L. Duplechain
   Ms. Kansas Marie Guidry-Leingang
   Mr. Anders F. Holmgren